SHADELLE ARARANTE

                                        Plaintiff(s)

            - against -

THE CITY OF NEW YORK ET AL

                                        Defendant(s)

Index #: 16 CV 974

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on April 11, 2016 at 01:21 PM at

100 CHURCH STREET
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS & COMPLAINT on CITY OF NEW YORK, the defendant/respondent therein named.

    BY LEAVING A TRUE COPY WITH B. MAZYCK, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

    Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | SALT & PEPPER | 60 | 5'5 | 200 |
| GLASSES | | | | | |

Sworn to me on:  April 11, 2016

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY  10007

**SIEH CLARK**
License #: 1187234
Docket #:    *984816*